[No. 20571–4–I.   Division One.   August 8, 1988.]

TERRY L. HOLM, *Appellant,* v. THE DEPARTMENT OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 85–2–09338–1, John W. Riley, J., entered May 18, 1987. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Scholfield, C.J., and Grosse, J.

[No. 20755–5–I.   Division One.   August 8, 1988.]

MICHELLE PAULL, ET AL, *Appellants,* v. DAVID DOBSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–17399–0, Stephen M. Reilly, J., entered June 25, 1987. *Affirmed* by unpublished opinion per Coleman, A.C.J., concurred in by Pekelis and Winsor, JJ.

[No. 19634–1–I.   Division One.   August 8, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JAY BERNARD ANDRINA, ET AL, *Defendants,* DAWN ALYNN GELLEIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–02576–2, James J. Dore, J., entered December 30, 1986. *Affirmed* by unpublished opinion per Coleman, A.C.J., concurred in by Williams and Grosse, JJ.